JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS and STEADFAST INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD PRIVATE SECURITY, INC.,<br><br>Defendant. | CASE NO. 2:19-cv-06595-MWF-KS<br><br>The Hon. Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT**<br><br><br><br><br><br>Complaint Filed: July 9, 2018 |

# JUDGMENT

On June 29, 2020, the Court **GRANTED *in part*** a Motion for Summary Judgment in favor of Plaintiffs Zurich American Insurance Company of Illinois ("Zurich") and Steadfast Insurance Company ("Steadfast" and together with Zurich, "Plaintiffs") and against Defendant World Private Security, Inc. ("WPS").

On January 21, 2021, the Court **GRANTED** Zurich's Motion for Summary Judgment on the remaining claims.

Now, therefore, pursuant to Rules 54(b), 56, and 58(a) of the Federal Rules of Civil Procedure and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiffs and against Defendant as follows:

1. The Court enters **JUDGMENT** in favor of Zurich on the first cause of action for breach of contract.

   a. WPS breached the Workers Compensation and Employers Liability Insurance Policy (Policy No. WC0093543-01) entered into with Zurich by failing to pay the final premium invoice issued relating to the policy in the amount of **$1,904,567**.

   b. WPS breached the Workers Compensation and Employers Liability Insurance Policy (Policy No. WC0093543-02) entered into with Zurich by failing to pay monthly invoices issued relating to the policy in the amount of **$106,812**.

   c. WPS breached the Workers Compensation and Employers Liability Insurance Policy (Policy No. WC0093543-02) entered into with Zurich by failing to pay the final premium invoice issued relating to the policy in the amount of **$984,194**.

2. The Court enters **JUDGMENT** in favor of Steadfast on the second cause of action for breach of contract. Defendant breached the General Liability Policy

2

JUDGMENT
*Zurich American Insurance Co. of Illinois, et al. v. World Private Security, Inc.,* Case No. 2:19-cv-06595-MWF-KS

1 (Policy No. EOL9247160-05) entered into with Steadfast by failing to pay an invoice
2 issued relating to the policy in the amount of **$12,629.62**.

3. The Court enters **JUDGMENT** in favor of Zurich on the third cause of action because there is an account stated relating to the Workers Compensation Policies (Policy Nos. WC0093543-01 and WC0093543-01).

4. The Court enters **JUDGMENT** in favor of Steadfast on the fourth cause of action because there is an account stated relating to the General Liability Policy (Policy No. EOL9247160-05).

5. The Court awards Zurich **JUDGMENT** in the amount of **$2,995,573**.

6. The Court awards Steadfast **JUDGMENT** in the amount of **$12,629.62**.

7. The Court awards Plaintiffs their costs as provided by law.

Dated: January 25, 2021

MICHAEL W. FITZGERALD
United States District Judge